

# NUMBERS 13-14-00269-CR; 13-14-00270-CR; 13-14-00271-CR; AND 13-14-00272-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

VICTOR CAMPOS,                                                    Appellant,

v.

THE STATE OF TEXAS,                                              Appellee.

### On appeal from the 148th District Court of Nueces County, Texas.

# ORDER OF ABATEMENT

### Before Chief Justice Valdez and Justices Rodriguez and Garza
### Order Per Curiam

Currently pending before the Court is appellant's motion for pro se access to the record in the above-referenced causes. Appellant's counsel has filed an *Anders* brief herein and appellant has been unable to examine the record so that he can file a pro se brief.

Accordingly, it is hereby ORDERED that the trial court ensure that appellant has the opportunity to fully examine the appellate record on or before March 2, 2015, and it is FURTHER ORDERED that the trial court notify this Court as to the date upon which the appellate record was made available to appellant. *See Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014).

Appellant shall have thirty (30) days from the day the appellate record is first made available to him to file his pro se brief with this Court. The State shall have twenty days thereafter to file its response, if any.

IT IS SO ORDERED.


PER CURIAM


Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
13th day of February, 2015

2